UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00107-BO-2

UNITED STATES OF AMERICA

v.                                                                ORDER TO SEAL

MARCUS ANTONIO BLANKS

On motion of the defendant, Marcus Antonio Blanks, and for good cause shown, it is

hereby ORDERED that **DE 115** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  13  day of November, 2025.

JAMES C. DEVER III
United States District Court Judge